UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| JOHN EAGAN, II, et al., : | CASE NO. 1:21-cv-02348 |
| Plaintiffs, : | ORDER |
| v. : |  |
| PROGRESSIVE CASUALTY : INSURANCE COMPANY, : |  |
| Defendant. : |  |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiffs John Eagan, II and Enyiazubuike Ehiemere sue their employer Defendant Progressive Casualty Insurance Company for federal and state wage law violations.[1]

On February 8, 2022, Defendant moved this court for an order compelling Plaintiff Ehiemere to arbitrate his individual claims.[2]

This Court **ORDERS** Plaintiff Ehiemere to file any opposition to Plaintiff's motion to compel individual arbitration by March 17, 2022.

IT IS SO ORDERED.

Dated: March 3, 2022                s/    James S. Gwin
                                                        JAMES S. GWIN
                                                        UNITED STATES DISTRICT JUDGE

---

[1] Doc. 1.
[2] Docs. 15; 15-1.