UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN EAGAN II, *et al.*,<br>Individually and on behalf<br>of all others similarly situated<br><br>*Plaintiffs*,<br><br>v.<br><br>PROGRESSIVE CASUALTY INS. CO.<br><br>*Defendant.* | § § § § § § § § § § § § § | Civil Action No. 1:21-cv-02348-JG<br><br><br><br><br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b) |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF
FLSA SETTLEMENT AND DISMISSAL WITH PREJUDICE**

Named Plaintiffs—John Eagan II, Mark Farrell, and Ryan Mikalsen—individually and on behalf of all current Opt-In Plaintiffs and Settlement Collective Members (collectively, "Plaintiffs"), and Defendant, Progressive Casualty Insurance Co. ("Progressive" or "Defendant"), have settled this action pursuant to the terms in accompanying Settlement Agreement and Release ("Settlement"). A copy of the Settlement is attached to the accompanying Memorandum in Support as Exhibit 1. Defendant does not oppose this Motion.

Although the Sixth Circuit has not specifically addressed the issue, most courts within the Sixth Circuit agree that settlements under the Fair Labor Standards Act of 1938 ("FLSA") must be judicially reviewed for fairness. As discussed in the accompanying memorandum of law, judicial approval is warranted.

**WHEREFORE,** Plaintiffs respectfully ask the Court to grant this motion and approve the settlement as to Defendant. Full analysis is contained within the accompanying memorandum of law, and a proposed order is attached.

Dated: May 31, 2023                  Respectfully Submitted,

**ANDERSON ALEXANDER, PLLC**

By:    /s/ *Clif Alexander*
       **Clif Alexander** (Admitted *Pro Hac Vice*)
       Texas Bar No. 24064805
       clif@a2xlaw.com
       **Austin W. Anderson** (Admitted *Pro Hac Vice*)
       Texas Bar No. 24045189
       austin@a2xlaw.com
       101 N. Shoreline Blvd, Ste. 610
       Corpus Christi, Texas 78401
       Telephone: (361) 452-1279
       Facsimile: (361) 452-1284

By:    /s/ *Jennifer McManus*
       **Jennifer McManus** (P65976) (Admitted *Pro Hac Vice*)
       jmcmanus@faganlaw.com
       **FAGAN MCMANUS, P.C.**
       25892 Woodward Avenue
       Royal Oak, Michigan
       Telephone: (248) 542-6300

**BARKAN MEIZLISH DEROSE COX, LLP**

By:    /s/ *Robert E. DeRose*
       **Robert E. DeRose** (OH - 0055214)
       bderose@barkanmeizlish.com
       **Brian R. Noethlich** (OH - 0086933)
       bnoethlich@barkanmeizlish.com
       4200 Regent Street, Suite 210
       Columbus, OH 43219
       Telephone: (614) 221-4221
       Fax: (614) 744-2300

       *Counsel for Plaintiffs and the*
       *Settlement Collective Members*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Defendant's counsel of record and Defendant is unopposed to the filing of this Motion and the relief requested herein.

>/s/ Clif Alexander
>Clif Alexander

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Nothern District of Ohio using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

>/s/ Clif Alexander
>Clif Alexander